DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**TYSHIMA MOORE,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-1030

[August 1, 2019]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Barbara R. Duffy, Judge; L.T. Case No. 06-000672CF10A.

Matt Person of Person Law Firm, Miami, for appellant.

No brief required for appellee.

PER CURIAM.

*Affirmed.*

GROSS, TAYLOR and CONNER, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***